# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSIKA ALEXUS,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **I.C.Q. SEARCH & RECOVERY, INC.,** <br><br> Defendant. | Case No. 3:14-cv-03930-NC <br><br> **ORDER** AS MODIFIED |

IT IS HEREBY ORDERED that the Motion to Continue Case Management Conference from February 4, 2015, to April ~~8~~ 15, 2015, is hereby granted. The Initial Case Management Conference will now be held on April ~~8~~ 15, 2015, at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose.

April 8, 2015.

Dated this __29__ day of December, 2014



_____
The Honorable Nathanael M. Cousins

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins