Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff



GRANTED

Judge Nathanael M. Cousins

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSIKA ALEXUS,** Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>   vs. <br><br> **I.C.Q. SEARCH & RECOVERY, INC.,** <br><br> Defendant. | ) Case No.  3:14-cv-03930-NC <br> ) <br> ) **NOTICE OF VOLUNTARY** <br> ) **DISMISSAL OF ACTION WITH** <br> ) **PREJUDICE AS TO THE NAMED** <br> ) **PLAINTIFF AND WITHOUT** <br> ) **PREJUDICE AS TO THE** <br> ) **PUTATIVE CLASS** <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter with prejudice as to the Named Plaintiff, and without prejudice as to the Putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).   Defendant has neither answered Plaintiff's Complaint, nor filed a Motion for Summary Judgment.  Each party shall bear their own costs and attorney fees.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.  Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and (iv) the putative class members are being dismissed without prejudice.

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

Respectfully submitted this 1st day of May, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

1

Filed electronically on this 1st day of May, with:

2

United States District Court CM/ECF system

3

Notification sent electronically via the Court's ECF system to:

4

5

Honorable Judge Nathanael M. Cousins
United States District Court

6

Northern District of California

7

8

And served via mail to:

9

Lloyd D. Dix

10

DIX & ASSOCIATES APLC
22287 Mulholland Hwy PMB 414

11

Calabasas, CA 91302

12

13

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28